**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-61577-EA**

**Vitalina Burdeina,**

      Plaintiff,

v.

**Markwayne Mullin,**
**Et al.,**

      Defendants.

_____ /

**ORDER CLOSING CASE**

This cause comes before the Court on the plaintiff's notice of voluntary dismissal [ECF No. 4]. Therefore, it is **ORDERED AND ADJUDGED**:

1.  The complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2.  This **CASE IS CLOSED**.

3.  All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 28th day of July 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Maria Gabriela Palacios**
The Law Professionals
3301 Ponce de Leon Blvd
Third Floor
Coral Gables, FL 33134

305-445-4225
Email: gpalacios@thepalacioslawfirm.com

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov